BEFORE THE THIRD DIVISION, AUGUST 8, 1949

**No. 53460.**—Estate of Charles Woo Quong, Deceased, M. D. Zinn, Administrator *v.* United States, petitions 6543–R, etc. (San Diego).

Opinion by CLINE, J.   The petitions were dismissed.

**No. 53461.**—E. E. Winters Co. (W. J. Byrnes & Co., Inc.) *v.* United States, petition 6698–R (Los Angeles).

Opinion by CLINE, J.   The petition was dismissed.

BEFORE THE FIRST DIVISION, AUGUST 9, 1949

**No. 53462.**—Yardley & Co., Ltd. *v.* United States, protests 75940–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.

**No. 53463.**—Yardley & Co., Ltd. *v.* United States, protests 85498–K, etc. (New York).

⁓ Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.

**No. 53464.**—Griffon Importing Co. *v.* United States, protest 117259–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of bottles the same in all material respects as those passed upon in *Griffon Importing Co.* v. *United States* (36 C. C. P. A. 121, C. A. D. 408), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, AUGUST 9, 1949

**No. 53465.**—British West Indies Corp. *v.* United States, protest 141452–K (Tampa).